UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>KRIS A. SWAFFER,<br>SEAN K. WILLIAMS, and<br>POHIH, Inc.,<br><br>     Defendants,<br> and<br><br>ROSALYN K. SWAFFER,<br><br>     Relief Defendant. | Case No. 1:22-cv-1554<br><br>Hon. Bridget Meehan Brennan |

## STIPULATION TO EXTEND THE ANSWER DEADLINE FOR DEFENDANTS KRIS SWAFFER AND POHIH, INC. AND RELIEF DEFENDANT ROSALYN SWAFFER

Plaintiff, Securities and Exchange Commission ("SEC"), hereby stipulates as follows:

## SUMMARY

1. The deadline for Defendants Kris Swaffer and POHIH, Inc. and Relief Defendant Rosalyn Swaffer to answer the Complaint is on November 15, 2022. (*See* ECF Doc. Nos. 10-12)

2. Counsel that represented Mr. Swaffer during the SEC's pre-suit investigation recently informed the SEC that they will be unable to represent Mr. Swaffer, his wife, or POHIH in this lawsuit.

3. Plaintiff has agreed to extend the answer deadline fourteen (14) days to permit these parties additional time to retain counsel and answer the Complaint.

4. Thus, Plaintiff stipulates, and has no objection, to an answer deadline of November

29, 2022, for Defendants Swaffer and POHIH and Relief Defendant Rosalyn Swaffer, subject to Court approval.

                                                    Respectfully submitted,

Dated: November 14, 2022              s/ Michael D. Foster
                                                     Michael D. Foster (IL Bar # 6257063)
                                                     Matthew T. Wissa (IL Bar # 6324860)
                                                     Attorneys for Plaintiff
                                                   U.S. SECURITIES AND EXCHANGE COMMISSION
                                                   175 West Jackson Boulevard, Suite 1450
                                                   Chicago, Illinois 60604
                                                   Telephone: (312) 353-7390
                                                   Facsimile: (312) 353-7398
                                                   Email: fostermi@sec.gov
                                                   Email: wissam@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Ohio, Eastern Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants of record.

s/ Michael D. Foster